# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1120** | **September Term, 2023** |
| | EPA-89FR39798 |
| | **Filed On: May 9, 2024** [2053603] |

State of West Virginia, et al.,

      Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

      Respondents

## <u>O R D E R</u>

The petition for review in this case was filed and docketed on May 9, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioners submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | June 10, 2024 |
| Docketing Statement Form | June 10, 2024 |
| Procedural Motions, if any | June 10, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | June 10, 2024 |
| Statement of Issues to be Raised | June 10, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | June 10, 2024 |
| Dispositive Motions, if any | June 24, 2024 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

| | |
|---|---|
| Entry of Appearance Form | June 10, 2024 |
| Procedural Motions, if any | June 10, 2024 |
| Certified Index to the Record | June 24, 2024 |
| Dispositive Motions, if any | June 24, 2024 |

It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Erica M. Thorner
Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form
Entry of Appearance Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases