# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1120**                                          **September Term, 2023**

EPA-89FR39798

Filed On: May 15, 2024 [2054592]

State of West Virginia, et al.,

         Petitioners

     v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

         Respondents

------------------------------

Consolidated with 24-1121, 24-1122,
24-1124, 24-1126, 24-1128

# **O R D E R**

It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case no. 24-1128 are directed to file the following document(s) by the indicated date(s):

     Docketing Statement Form                                     June 14, 2024

     Statement of Issues to be Raised                         June 14, 2024

                                                 **FOR THE COURT:**
                                                 Mark J. Langer, Clerk

                         BY:      /s/
                                Erica M. Thorner
                                Deputy Clerk

The following forms and notices are available on the Court's website:

Agency Docketing Statement Form