# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1120** | **September Term, 2023** |
| | EPA-89FR39798 |
| | **Filed On:** May 17, 2024 |

State of West Virginia, et al.,

    Petitioners

    v.

Environmental Protection Agency and
Michael S. Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

Consolidated with 24-1121, 24-1122,
24-1124, 24-1126, 24-1128

    **BEFORE:**    Wilkins, Childs, and Pan, Circuit Judges

## O R D E R

    Upon consideration of the motion for stay filed by the State of West Virginia, et al., which includes a request for an administrative stay; the motion for stay filed by the National Rural Electric Cooperative Association; and the motion for consolidated briefing for stay motions and the response thereto, it is

    **ORDERED** that the request for an administrative stay be denied. It is

    **FURTHER ORDERED** that the following format and schedule apply to the briefing of stay motions in these cases:

| | |
|---|---|
| Any additional motions for stay | May 24, 2024 |

| | |
|---|---|
| Respondents' consolidated response to motions for stay (not to exceed the aggregate word count of all stay motions received by May 24, 2024) | June 11, 2024 |
| Replies in support of motions for stay | June 18, 2024 |

The parties are directed to avoid duplicative filings and repetitious arguments.

**Per Curiam**

                                                **FOR THE COURT:**
                                                Mark J. Langer, Clerk

                        BY:    /s/
                                                Selena R. Gancasz
                                                Deputy Clerk