

State of West Virginia
Office of the Attorney General
1900 Kanawha Blvd E
Building 1, Room 26-E
Charleston, WV 25305-0220

Patrick Morrisey  (304) 558-2021
Attorney General  Fax (304) 558-0140

July 2, 2024

Mark Langer
Clerk of Court
U.S. Court of Appeals for the D.C. Circuit
E. Barrett Prettyman U.S. Courthouse and William B. Bryant Annex
333 Constitution Ave., NW
Washington, DC 20001

Submitted Electronically via CM/ECF

Re: No. 24-1120: *State of West Virginia, et al. v. EPA, et al.*

Dear Clerk:

We write to advise the Court of additional authority. *See* Fed. R. App. P. 28(j).

In their motion to stay, the States explained how EPA had "bungle[d] the States' authority to set existing sources' 'standards of performance' and account for source-specific factors." ECF No. 2054190 at 18. The States have primary responsibility for implementing the Clean Air Act's provisions, but EPA has used this Rule to relegate States to the background.

In a recent decision, the U.S. Supreme Court stayed a similar EPA effort to strip States of their central CAA role. In *Ohio v. EPA*, No. 23A349, slip op. (U.S. June 27, 2024), the States of Ohio, Indiana, and West Virginia challenged EPA's choice to impose a faulty federal implementation plan for controlling ozone pollution across state lines. As the States do here, the Court stressed that the States take the lead— so EPA generally cannot "question the wisdom" of the States' choices. *Id.* at 2-3. The Court also recognized how the States suffer some weighty harms when EPA

unlawfully overreaches—EPA "necessarily impairs [the States'] sovereign interests in regulating their own industries and citizens" while also forcing them to incur "nonrecoverable" and immense compliance costs. *Id.* at 10-11. And EPA's action in *Ohio* ultimately fell for a simple reason: EPA offered "no reasoned response" to a concern raised by multiple well-informed commenters. *Id.* at 12-13. "EPA's response did not address the applicants' concern so much as sidestep it." *Id.*

So too here. The States and others have detailed exactly why EPA has trampled state authority and set impossible-to-meet standards in this carbon rule. Yet EPA has offered no reasoned response. It cited examples of *struggling* projects, not viable ones. ECF No. 2054190 at 15. It ignored the text of its own rule when minimizing that rule's impact on state discretion. ECF No. 2060531 at 10. And it merely assumed that implausible buildouts would happen at lightning speed. *Id.* at 6.

"Stay applications are nothing new." *Ohio*, slip. op. at 9. This Court should follow the Supreme Court's lead in *Ohio* and stay EPA's unlawful rule.

Sincerely,

| | |
|---|---|
| THEODORE E. ROKITA<br>   ATTORNEY GENERAL | PATRICK MORRISEY<br>   ATTORNEY GENERAL |
| /s/ James A. Barta<br>James A. Barta<br>  *Solicitor General* | /s/ Michael R. Williams<br>Michael R. Williams<br>  *Solicitor General*<br>  *Counsel of Record*<br>Frank A. Dame<br>  *Assistant Solicitor General* |
| Office of the Attorney General<br>of Indiana<br>302 W. Washington St.<br>Indianapolis, IN 46204<br>Phone: (317) 232-0709<br>james.barta@atg.in.gov<br><br>*Counsel for State of Indiana* | Office of the Attorney General of<br>West Virginia<br>State Capitol Complex<br>Building 1, Room E-26<br>Charleston, WV 25301<br>(304) 558-2021<br>michael.r.williams@wvago.gov<br>frankie.a.dame@wvago.gov |

            *Counsel for State of West Virginia*

| | |
|---|---|
| S<small>TEVE</small> M<small>ARSHALL</small><br> A<small>TTORNEY</small> G<small>ENERAL</small> | T<small>REG</small> T<small>AYLOR</small><br> A<small>TTORNEY</small> G<small>ENERAL</small> |
| /s/ Edmund G. LaCour Jr.<br>Edmund G. LaCour Jr.<br> *Solicitor General* | /s/ Garrison Todd<br>Garrison Todd<br> *Assistant Attorney General* |
| Office of the Attorney General<br>State of Alabama<br>501 Washington Avenue<br>P.O. Box 300152<br>Montgomery, AL 36130-0152<br> (334) 242-7300<br>Edmund.LaCour@AlabamaAG.gov | Alaska Department of Law<br>1031 W. 4th Ave., Ste. 200<br>Anchorage, AK 99501<br>(907) 269-5100<br>garrison.todd@alaska.gov |
| *Counsel for State of Alabama* | *Counsel for State of Alaska* |

| | |
|---|---|
| TIM GRIFFIN<br>  ATTORNEY GENERAL | ASHLEY MOODY<br>  ATTORNEY GENERAL |
| /s/ Nicholas J. Bronni<br>Nicholas J. Bronni<br> *Solicitor General*<br>Dylan Jacobs<br> *Deputy Solicitor General* | /s Henry C. Whitaker<br>Henry C. Whitaker<br> *Solicitor General*<br>James H. Percival<br> *Chief of Staff* |
| Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-2007 (main)<br>Nicholas.Bronni@ArkansasAG.gov<br>Dylan.Jacobs@ArkansasAG.gov | Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>henry.whitaker@myfloridalegal.com<br>james.percival@myfloridalegal.com |
| *Counsel for State of Arkansas* | *Counsel for State of Florida* |

| | |
|---|---|
| CHRISTOPHER M. CARR<br>  ATTORNEY GENERAL | RAÚL R. LABRADOR<br>  ATTORNEY GENERAL |
| /s/ Stephen J. Petrany<br>Stephen J. Petrany<br>  *Solicitor General* | /s/ Joshua N. Turner<br>Joshua N. Turner<br>  *Chief of Constitutional Litigation*<br>  *and Policy*<br>Alan M. Hurst<br>  *Solicitor General* |
| Office of the Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>(404) 458-3408<br>spetrany@law.ga.gov | Office of the Idaho Attorney General<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Tel:   (208) 334-2400<br>Josh.Turner@ag.idaho.gov<br>Alan.hurst@ag.idaho.gov |
| *Counsel for State of Georgia* | *Counsel for State of Idaho* |

| | |
|---|---|
| BRENNA BIRD<br>   ATTORNEY GENERAL | RUSSELL COLEMAN<br>   ATTORNEY GENERAL |
| /s/ Eric H. Wessan<br>Eric H. Wessan<br>  *Solicitor General*<br><br>Office of the Attorney General of Iowa<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>(515) 823-9117<br>(515) 281-4209 (fax)<br>eric.wessan@ag.iowa.gov<br><br>*Counsel for State of Iowa* | /s/ Matthew F. Kuhn<br>Matthew F. Kuhn<br>  *Solicitor General*<br>Jacob M. Abrahamson<br>  *Assistant Solicitor General*<br><br>Office of Kentucky Attorney General<br>700 Capital Avenue, Suite 118<br>Frankfort, KY 40601<br>(502) 696-5300<br>Matt.Kuhn@ky.gov<br>Jacob.Abrahamson@ky.gov<br><br>*Counsel for the Commonwealth of Kentucky* |
| LIZ MURRILL<br>   ATTORNEY GENERAL | LYNN FITCH<br>   ATTORNEY GENERAL |
| /s/ J. Benjamin Aguiñaga<br>J. Benjamin Aguiñaga<br>  *Solicitor General*<br>Tracy Short<br>  *Assistant Attorney General*<br><br>Louisiana Department of Justice<br>1885 N. Third Street<br>Baton Rouge, LA 70804<br>(225) 326-6766<br>aguinagaj@ag.louisiana.gov<br>shortt@ag.louisiana.gov<br><br>*Counsel for State of Louisiana* | /s/ Justin L. Matheny<br>Justin L. Matheny<br>  *Deputy Solicitor General*<br><br>Office of the Mississippi Attorney General<br>P.O. Box 220<br>Jackson, MS 39205-0220<br>(601) 359-3825<br>justin.matheny@ago.ms.gov<br><br>*Counsel for State of Mississippi* |

<div style="display: flex;">

<div>

ANDREW BAILEY
   ATTORNEY GENERAL

/s/ Joshua M. Divine
Joshua M. Divine
  *Solicitor General*

Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for State of Missouri*


MICHAEL T. HILGERS
   ATTORNEY GENERAL

/s/ Zachary A. Viglianco
Zachary A. Viglianco
  *Deputy Solicitor General*

Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645
zachary.viglianco@nebraska.gov

*Counsel for State of Nebraska*

</div>

<div>

AUSTIN KNUDSEN
   ATTORNEY GENERAL

/s/ Christian B. Corrigan
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*

Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
christian.corrigan@mt.gov
peter.torstensen@mt.gov

*Counsel for State of Montana*


JOHN FORMELLA
   ATTORNEY GENERAL

/s/ Mark W. Dell'Orfano
Mark W. Dell'Orfano
  *Assistant Attorney General*

New Hampshire Department of Justice
1 Granite Place South
Concord, New Hampshire 03301-3271
(603) 271-1236
Mark.W.DellOrfano@doj.nh.gov

*Counsel for State of New Hampshire*

</div>

</div>

| | |
|---|---|
| DREW H. WRIGLEY<br>  ATTORNEY GENERAL | GENTNER DRUMMOND<br>  ATTORNEY GENERAL |
| <u>/s/ Philip Axt</u><br>Philip Axt<br>  *Solicitor General* | <u>/s/ Garry M. Gaskins, II</u><br>Garry M. Gaskins, II<br>  *Solicitor General*<br>Jennifer L. Lewis<br>  *Deputy Attorney General* |
| Office of Attorney General of North Dakota<br>600 E. Boulevard Ave., Dept. 125<br>Bismarck, ND 58505<br>(701) 328-2210<br>pjaxt@nd.gov<br><br>*Counsel for State of North Dakota* | Office of the Attorney General of Oklahoma<br>313 NE Twenty-First St.<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>garry.gaskins@oag.ok.gov<br><br>*Counsel for State of Oklahoma* |

| | |
|---|---|
| ALAN WILSON<br>  ATTORNEY GENERAL | MARTY J. JACKLEY<br>  ATTORNEY GENERAL |
| Robert D. Cook<br>  *Solicitor General* | /s/ Steven Blair<br>Steven Blair<br>  *Deputy Attorney General* |
| /s/ J. Emory Smith, Jr.<br>J. Emory Smith, Jr.<br>  *Deputy Solicitor General*<br>Thomas T. Hydrick<br>  *Assistant Deputy Solicitor*<br>  *General*<br>Joseph D. Spate<br>  *Assistant Deputy Solicitor*<br>  *General* | South Dakota Attorney General's Office<br>1302 E. Highway 14, Suite 1<br>Pierre, SD 57501<br>(605) 773-3215<br>atgservice@state.sd.us<br><br>*Counsel for State of South Dakota* |
| Office of the Attorney General of<br>South Carolina<br>1000 Assembly Street<br>Columbia, SC 29201<br>(803) 734-3371<br>josephspate@scag.gov<br><br>*Counsel for State of South Carolina* | |

| | |
|---|---|
| JONATHAN SKRMETTI<br>   ATTORNEY GENERAL AND REPORTER<br><br>/s/ J. Matthew Rice<br>J. Matthew Rice<br>  *Solicitor General*<br>Whitney Hermandorfer<br>  *Director of Strategic Litigation*<br><br>Office of the Attorney General and Reporter of Tennessee<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>(615) 741-7403<br>Matt.Rice@ag.tn.gov<br>Whitney.Hermandorfer@ag.tn.gov<br><br>*Counsel for State of Tennessee* | KEN PAXTON<br>   ATTORNEY GENERAL<br><br>Brent Webster<br>  *First Assistant Attorney General*<br><br>James Lloyd<br>  *Deputy Attorney General for Civil Litigation*<br><br>Kellie E. Billings-Ray<br>  *Chief, Environmental Protection Division*<br><br>/s/ Wesley S. Williams<br>Wesley S. Williams<br>  *Assistant Attorney General*<br><br>Kateland R. Jackson<br>  *Assistant Solicitor General*<br><br>Office of the Attorney General of Texas<br>Environmental Protection Division<br>P.O. Box 12548, MC-066<br>Austin, Texas 78711-2548<br>(512) 463-2012 \| Fax: (512) 320-0911<br>Wesley.Williams@oag.texas.gov<br><br>*Counsel for State of Texas* |

SEAN REYES
   ATTORNEY GENERAL

/s/ Stanford E. Purser
Stanford E. Purser
  *Solicitor General*

Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, Utah 84111
385-382-4334
spurser@agutah.gov

*Counsel for State of Utah*

JASON MIYARES
   ATTORNEY GENERAL

/s/ Erika L. Maley
Erika L. Maley
  *Solicitor General*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Brendan T. Chestnut
  *Deputy Solicitor General*

Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
emaley@oag.state.va.us
kgallagher@oag.state.va.us
bchestnut@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
   ATTORNEY GENERAL

/s/ D. David DeWald
D. David DeWald
  *Deputy Attorney General*

Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for State of Wyoming*