ORAL ARGUMENT NOT YET SCHEDULED

No. 24-1120 (consolidated with Nos. 24-1121, 24-1122, 24-1124, 24-1126, 24-1128, 24-1142, 24-1143, 24-1144, 24-1146, 24-1152, 24-1153, 24-1155, 24-1222, 24-1226, 24-1227, and 24-1233)

# In the United States Court of Appeals for the District of Columbia Circuit

STATE OF WEST VIRGINIA, ET AL.,

*Petitioners,*

v.

ENVIRONMENTAL PROTECTION AGENCY and MICHAEL S. REGAN, ADMINISTRATOR, UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,

*Respondents.*

On Petitions for Review of a Final Action of the United States Environmental Protection Agency

**PETITIONERS' AND PETITIONER–INTERVENORS' JOINT PROPOSED BRIEFING FORMAT AND SCHEDULE**

| | |
|---|---|
| Scott A. Keller | PATRICK MORRISEY |
| Steven P. Lehotsky | ATTORNEY GENERAL |
| Michael B. Schon | Michael R. Williams |
| LEHOTSKY KELLER COHN LLP | *Solicitor General* |
| 200 Massachusetts Ave. NW, | Office of the West Virginia Attorney General |
| Suite 700 | 1900 Kanawha Blvd., East |
| Washington, DC 20001 | Building 1, Room E-26 |
| (512) 693-8350 | Charleston, WV 25305 |
| scott@lkcfirm.com | (304) 558-2021 |
| | michael.r.williams@wvago.gov |

*(party affiliations and additional counsel listed at signature block)*

Petitioners and Petitioner–Intervenors have agreed to Respondents' proposed briefing schedule. However, the parties were not able to come to agreement on a proposed briefing format with respect to the number of words allotted to each party. Accordingly, Petitioners and Petitioner-Intervenors file this separate proposal for briefing format.

| Filing | Due Date | Words |
| --- | --- | --- |
| Petitioners' Opening Briefs | September 6, 2024 | 32,000 words total, divided into multiple briefs at Petitioners' discretion |
| Petitioner-Intervenors' Opening Brief | September 6, 2024 | 16,000 words total, divided into multiple briefs at Petitioner-Intervenors' discretion |
| Respondents' Answering Brief | October 11, 2024 | 32,000 words |
| Respondent-Intervenors' Briefs | October 18, 2024 | 16,000 words total, divided into multiple briefs at Respondent-Intervenors' discretion |
| Petitioners' Replies | October 25, 2024 | 16,000 words total, divided into multiple briefs at Petitioners' discretion |
| Petitioner-Intervenors' Replies | October 25, 2024 | 8,000 words total, divided into multiple briefs at Petitioner-Intervenors' discretion |

| Deferred Appendix | October 29, 2024 | N/A |
| Final Briefs Due | November 1, 2024 | See above |

All parties agree that this case requires a word allotment greater than a single standard-length brief for each side to fully and fairly litigate the complex issues of statutory interpretation and the record-intensive arguments at hand. *See* Circuit Rule 28(e). There are 45 petitioners, including 27 states, trade associations, individual companies, and labor unions. Those Petitioners have submitted diverse preliminary issue statements, which identify issues that are unique to various Petitioners, including issues of state sovereignty, and issues that relate to the diverse business models and physical properties of various Petitioners and their facilities. And they present potential disagreements regarding the nature of certain arguments that may require divided briefing. For example, one party is both a petitioner and an intervenor-respondent.

This proposal is modest given the circumstances, and is consistent with the Court's and the Parties' shared desire for efficiency. The total proposed word count for Petitioners' opening briefs is less than the size of two and a half standard briefs but encompasses the arguments of 45 petitioners. In similar cases, this Court has authorized far longer briefs. For example, to litigate the petitions for review of the "Clean Power Plan"—a predecessor to the rule at issue—this Court authorized 42,000 words for both

Petitioners' and Respondents' opening briefs and 21,000 words for Petitioners' Reply. *West Virginia. v. EPA*, No. 15-1363 (Order Jan. 28, 2016) (Doc.#1595922). Similarly, to litigate the petitions for review of the "Affordable Clean Energy Rule"—another predecessor to the rule at issue—this Court authorized 52,800 words across four petitioners' briefs, 52,800 words for Respondents, and 26,400 words across four reply briefs. *Am. Lung Ass'n v. EPA*, No. 19-1140 (Order Jan. 31, 2020) (Doc.#1826621). This case is no less complex.

At the Court's direction, Petitioners and Petitioner-Intervenors have endeavored to "specify the word allotment necessary for each issue." While the ultimate allotment may differ—and some Petitioners are likely not to join all issues—Petitioners would anticipate allocating the following words to the following broad categories of issues in their opening brief (or briefs, if necessary), including the words necessary to provide a statement and summary of argument on these issues:

1. EPA's 90% Carbon Capture and Sequestration (CCS) system fails to meet the statutory requirements for a best system of emission reduction (BSER) (14,000 words).
   a. 90% CCS has not been adequately demonstrated for either existing coal- or new gas-fired units.
   b. 90% CCS is not achievable for either existing coal- or new gas-fired units.
   c. 90% CCS is exorbitantly costly.

3

d. The rule threatens grid reliability in violation of the statutory limits in Section 111 of the Clean Air Act.

2. EPA's 40% natural gas co-firing requirement for existing coal plants that commit to retire before 2032 fails to meet the statutory requirements for BSER (2,200 words).

    a. 40% natural gas co-firing at existing coal-fired units is not achievable.

    b. 40% natural gas co-firing is exorbitantly costly for many units.

3. The Rule violates the major questions doctrine and *West Virginia v. EPA*, 597 U.S. 697 because it results in unlawful generation shifting (3,000 words).

4. The Rule is arbitrary and capricious (5,500 words).

    a. EPA failed to consider important aspects of the problem and acted arbitrarily and capriciously with regard to its assessment of CCS.

    b. EPA's position on CCS runs contrary to the evidence.

    c. EPA failed to consider important aspects of the problem and acted arbitrarily and capriciously with regard to its assessment of pipeline availability, construction time, and cost.

    d. EPA failed to consider important aspects of the problem and acted arbitrarily and capriciously with regard to storage and sequestration.

e. EPA acted arbitrarily and capriciously with regard to its reliance on deeply flawed modeling that is inconsistent with every other available model.

   f. EPA failed to adequately address Petitioners' comments.

5. The Rule infringes on discretion preserved for the States under the Act (5,500 words).

6. Other statutory arguments (1,500 words).

   a. Because EPA already regulates coal plants under Section 112, it cannot also do so under Section 111.

7. The Clean Air Act Does not authorize EPA to subcategorize by retirement (300 words).

As for the Intervenors' word limits, Petitioners and Petitioner-Intervenors propose allotting Intervenors 50% of the words allotted to Petitioners and Respondents. This will increase the efficiency of briefing as it is fewer words than the ratio contemplated by this Circuit's Rules, which typically authorize Intervenor Briefs to be about 70% the size of the Petitioner's or Respondent's brief. *See* Circuit Rules 28, 32(e) (authorizing 9,100 words for an intervenor brief, compared to 13,000 for principal briefs).

While Petitioners and Petitioner-Intervenors are dedicated to working together to brief this case as efficiently as possible, Respondents' proposed word limits are both inadequate and inequitable. To start, while Respondents propose to grant Respondent-Intervenors separate briefs with a generous word limit, Respondents allot *no words* at all for Petitioner-

5

Intervenors. Respondents argue that Petitioner-Intervenors have aligned interests with certain petitioners, but both the Tennessee Public Power Association and the Louisiana Public Service Commission are unique entities who have been granted intervention in this case expressly to protect their unique interests, much like Respondent-Intervenors. Respondents' lopsided proposal means that those challenging the Final Rule are allotted 26,000 words for their opening briefs, while those defending the Rule are allotted 44,200 words for their opening briefs. Respondents' proposed disparity should be rejected.

By contrast, Petitioners' and Petitioner-Intervenors' proposal hews more closely to this Court's recent practice. For example, in *Utah v. EPA*, this Court granted Petitioner-Intervenors a separate brief and word allotment, granted EPA the same total words allotted to Petitioners (but not including the words separately allotted to Petitioner-Intervenors), and granted all Intervenors a limited number of words to incentivize against repetition. No. 23-1157 (Order, Dec. 4, 2023) (Doc.#2029865).

Given the complexity of this case, the number of parties, and the breadth of issues to be briefed as detailed above, Petitioners and Petitioner-Intervenors maintain that adequately briefing this case requires more words than the Respondents have suggested, but nonetheless propose word limits substantially lower than those allowed in similar cases. Petitioners and Petitioner-Intervenors respectfully request that this Court authorize the word limits proposed by them in lieu of Respondents' proposal.

Dated: August 2, 2024

Respectfully Submitted,

PATRICK MORRISEY
   ATTORNEY GENERAL

/s/ *Michael R. Williams*
Michael R. Williams
  *Solicitor General*
Office of the Attorney General of West Virginia
State Capitol Complex
Building 1, Room E-26
Charleston, WV 25301
(304) 558-2021
michael.r.williams@wvago.gov

*Counsel for State of West Virginia*

STEVE MARSHALL
   ATTORNEY GENERAL

/s/ *Edmund G. LaCour Jr.*
Edmund G. LaCour Jr.
  *Solicitor General*
Office of the Attorney General
State of Alabama
501 Washington Avenue
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300
Edmund.LaCour@AlabamaAG.gov

*Counsel for State of Alabama*

/s/ *Michael B. Schon*
Steven P. Lehotsky
Scott A. Keller
Michael B. Schon
Joshua P. Morrow
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave. NW, Suite 700
Washington, DC 20001
(512) 693-8350
mike@lkcfirm.com

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
619 W. Main St.
Oklahoma City, OK 73102

*Counsel for the National Rural Electric Cooperative Association*

TREG TAYLOR
   ATTORNEY GENERAL

/s/ *Garrison Todd*
Garrison Todd
  *Assistant Attorney General*
Alaska Department of Law
1031 W. 4th Ave., Ste. 200
Anchorage, AK 99501
(907) 269-5100
garrison.todd@alaska.gov

*Counsel for State of Alaska*

| | |
|---|---|
| TIM GRIFFIN<br>   ATTORNEY GENERAL | ASHLEY MOODY<br>   ATTORNEY GENERAL |
| /s/ Nicholas J. Bronni<br>Nicholas J. Bronni<br>  *Solicitor General*<br>Dylan Jacobs<br> *Deputy Solicitor General*<br>Office of the Arkansas Attorney General<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(501) 682-2007 (main)<br>Nicholas.Bronni@ArkansasAG.gov<br><br>*Counsel for State of Arkansas* | /s/ Henry C. Whitaker<br>Henry C. Whitaker<br>  *Solicitor General*<br>James H. Percival<br>  *Chief of Staff*<br>Office of the Attorney General<br>The Capitol, Pl-01<br>Tallahassee, Florida 32399-1050<br>(850) 414-3300<br>(850) 410-2672 (fax)<br>henry.whitaker@myfloridalegal.com<br><br>*Counsel for State of Florida* |
| CHRISTOPHER M. CARR<br>   ATTORNEY GENERAL | RAÚL R. LABRADOR<br>   ATTORNEY GENERAL |
| /s/ Stephen J. Petrany<br>Stephen J. Petrany<br>  *Solicitor General*<br>Office of the Attorney General of Georgia<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>(404) 458-3408<br>spetrany@law.ga.gov<br><br>*Counsel for State of Georgia* | /s/ Joshua N. Turner<br>Joshua N. Turner<br>  *Chief of Constitutional Litigation and Policy*<br>Alan M. Hurst<br>  *Solicitor General*<br>Office of the Idaho Attorney General<br>P.O. Box 83720<br>Boise, ID 83720-0010<br>Tel:   (208) 334-2400<br>Josh.Turner@ag.idaho.gov<br><br>*Counsel for State of Idaho* |

THEODORE E. ROKITA
  ATTORNEY GENERAL

/s/ James A. Barta
James A. Barta
  *Solicitor General*
Office of the
Attorney General of Indiana
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709
James.Barta@atg.in.gov

*Counsel for State of Indiana*


RUSSELL COLEMAN
  ATTORNEY GENERAL

/s/ Matthew F. Kuhn
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Counsel for Special Litigation*
Office of Kentucky Attorney
General
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300
Matt.Kuhn@ky.gov

*Counsel for Commonwealth of Kentucky*

BRENNA BIRD
  ATTORNEY GENERAL

/s/ Eric H. Wessan
Eric H. Wessan
  *Solicitor General*
Office of the Attorney General of Iowa
1305 E. Walnut Street
Des Moines, IA 50319
(515) 823-9117
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov

*Counsel for State of Iowa*


LIZ MURRILL
  ATTORNEY GENERAL

/s/ J. Benjamin Aguiñaga
J. Benjamin Aguiñaga
  *Solicitor General*
Tracy Short
  *Assistant Attorney General*
Louisiana Department of Justice
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766
aguinagaj@ag.louisiana.gov

*Counsel for State of Louisiana*

Lynn Fitch
   Attorney General

/s/ *Justin L. Matheny*
Justin L. Matheny
  *Deputy Solicitor General*
Office of the Mississippi Attorney General
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825
justin.matheny@ago.ms.gov

*Counsel for State of Mississippi*


Andrew Bailey
   Attorney General

/s/ *Joshua M. Divine*
Joshua M. Divine
  *Solicitor General*
Missouri Attorney General's Office
Post Office Box 899
Jefferson City, MO 65102
Tel. (573) 751-1800
Fax. (573) 751-0774
josh.divine@ago.mo.gov

*Counsel for State of Missouri*


Austin Knudsen
   Attorney General

/s/ *Christian B. Corrigan*
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*
Montana Department of Justice
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026
christian.corrigan@mt.gov

*Counsel for State of Montana*


Michael T. Hilgers
   Attorney General

/s/ *Zachary A. Viglianco*
Zachary A. Viglianco
  *Deputy Solicitor General*
Office of the Attorney General of Nebraska
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645
zachary.viglianco@nebraska.gov

*Counsel for State of Nebraska*

JOHN FORMELLA
   ATTORNEY GENERAL

/s/ *Mark W. Dell'Orfano*
Mark W. Dell'Orfano
  *Assistant Attorney General*
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301
(603) 271-3643
Mark.W.Dell'Orfano@doj.nh.gov

*Counsel for State of New Hampshire*

DREW H. WRIGLEY
   ATTORNEY GENERAL

/s/ *Philip Axt*
Philip Axt
  *Solicitor General*
Office of Attorney General of North Dakota
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210
pjaxt@nd.gov

*Counsel for State of North Dakota*

GENTNER DRUMMOND
   ATTORNEY GENERAL

/s/ *Garry M. Gaskins, II*
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*
Office of the Attorney General of Oklahoma
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921
garry.gaskins@oag.ok.gov

*Counsel for State of Oklahoma*

ALAN WILSON
   ATTORNEY GENERAL

/s/ *J. Emory Smith, Jr.*
Robert D. Cook
  *Solicitor General*
J. Emory Smith, Jr.
  *Deputy Solicitor General*
Thomas T. Hydrick
Joseph D. Spate
  *Assistant Deputy Solicitors*
  *General*
Office of the Attorney General of South Carolina
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371
josephspate@scag.gov

*Counsel for State of South Carolina*

MARTY J. JACKLEY
   ATTORNEY GENERAL

/s/ *Steven Blair*
Steven Blair
  *Deputy Attorney General*
South Dakota Attorney General's Office
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215
atgservice@state.sd.us

*Counsel for State of South Dakota*


KEN PAXTON
   ATTORNEY GENERAL

/s/ *Wesley S. Williams*
Brent Webster, *First Assistant*
  *Attorney General*
James Lloyd, *Deputy Attorney*
  *General for Civil Litigation*
Kellie E. Billings-Ray, *Chief,*
  *Environmental Protection Division*
Wesley S. Williams
  *Assistant Attorney General*
Office of the Attorney General of Texas
Environmental Protection Division
P.O. Box 12548, MC-066
Austin, Texas 78711-2548
(512) 463-2012 | Fax: (512) 320-0911
Wesley.Williams@oag.texas.gov

*Counsel for State of Texas*


JONATHAN SKRMETTI
   ATTORNEY GENERAL AND REPORTER

/s/ *J. Matthew Rice*
J. Matthew Rice
  *Solicitor General*
Whitney Hermandorfer
  *Director of Strategic Litigation*
Office of the Attorney General and Reporter of Tennessee
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7403
Matt.Rice@ag.tn.gov

*Counsel for State of Tennessee*


SEAN REYES
   ATTORNEY GENERAL

/s/ *Stanford E. Purser*
Stanford E. Purser
  *Solicitor General*
Office of the Utah Attorney General
160 E. 300 S., 5th Floor
Salt Lake City, Utah 84111
385-382-4334
spurser@agutah.gov

*Counsel for State of Utah*

JASON MIYARES
   ATTORNEY GENERAL

/s/ Erika L. Maley
Erika L. Maley
  *Solicitor General*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Brendan T. Chestnut
  *Deputy Solicitor General*
Virginia Attorney General's Office
202 North 9th Street
Richmond, VA 23219
(804) 786-2071
emaley@oag.state.va.us

*Counsel for Commonwealth of Virginia*

BRIDGET HILL
   ATTORNEY GENERAL

/s/ D. David DeWald
D. David DeWald
  *Deputy Attorney General*
Office of the Attorney General of Wyoming
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895
david.dewald@wyo.gov

*Counsel for State of Wyoming*

DAVE YOST
   ATTORNEY GENERAL

/s/ T. Elliot Gaiser
T. ELLIOT GAISER
  *Solicitor General*
MATHURA J. SRIDHARAN
ZACHERY P. KELLER
  *Deputy Solicitors General*
JOHN K. McMANUS
  *Assistant Attorney General*
30 East Broad Street, 17th Floor
Columbus, Ohio 43215
614.466.8980
thomas.gaiser@ohioago.gov

*Counsel for State of Ohio*

KRIS W. KOBACH
   ATTORNEY GENERAL

/s/ Anthony J. Powell
ANTHONY J. POWELL
  *Solicitor General*
Office of Kansas Attorney General
120 SW 10th Avenue, 2nd Floor
Topeka, Kansas 66612
785.368.8539
Anthony.Powell@ag.ks.gov

*Counsel for State of Kansas*

| | |
|---|---|
| /s/ *Misha Tseytlin* | /s/ *David M. Flannery* |
| Misha Tseytlin | David M. Flannery |
| Troutman Pepper Hamilton Sanders LLP | Kathy G. Beckett |
| | Keeleigh S. Huffman |
| 227 W. Monroe Street | Steptoe & Johnson PLLC |
| Suite 3900 | 707 Virginia Street, East |
| Chicago, IL 60606 | P.O. Box 1588 |
| (608) 999-1240 | Charleston, WV 25326 |
| (312) 759-1939 (fax) | (304) 353-8000 |
| misha.tseytlin@troutman.com | Dave.Flannery@steptoe-johnson.com |
| Carroll Wade McGuffey III | Edward L. Kropp |
| Melissa Horne | Steptoe & Johnson PLLC |
| Troutman Pepper Hamilton Sanders LLP | P.O. Box 36425 |
| | Indianapolis, IN 46236 |
| 600 Peachtree St. N.E. | 317-946-9882 |
| Suite 3000 | |
| Atlanta, GA 30308 | *Counsel for Appalachian Region Independent Power Producers Association and Midwest Ozone Group* |
| (404) 885-3698 (CWM) | |
| (404) 885-3286 (MH) | |

*Counsel for America's Power and National Mining Association*

/s/ Thomas A. Lorenzen  
Thomas A. Lorenzen  
Amanda Shafer Berman  
Elizabeth B. Dawson  
Crowell & Moring LLP  
1001 Pennsylvania Ave., NW  
Washington, DC 20004  
(202) 624-2500  
tlorenzen@crowell.com  

*Counsel for Edison Electric Institute*


/s/ Megan H. Berge  
Megan H. Berge  
BAKER BOTTS L.L.P.  
700 K Street N.W.  
Washington, D.C. 20001  
(415) 291-6233  
(202) 639-7733  
megan.berge@bakerbotts.com  

J. Mark Little  
BAKER BOTTS L.L.P.  
910 Louisiana Street  
Houston, TX 77002  
(713) 229-1489  

*Counsel for Idaho Power Company, Oklahoma Gas and Electric Company, Montana-Dakota Utilities Co., and Rainbow Energy Center, LLC*

/s/ Allison D. Wood  
Allison D. Wood  
Makram B. Jaber  
Aaron M. Flynn  
McGuireWoods LLP  
888 16th Street N.W., Suite 500  
Black Lives Matter Plaza  
Washington, DC 20006  
(202) 857-2420  
awood@mcguirewoods.com  

Paul D. Clement  
C. Harker Rhodes IV  
Clement & Murphy, PLLC  
706 Duke Street  
Alexandria, VA 22314  
(202) 742-8900  

*Counsel for Electric Generators for a Sensible Transition*


/s/ Eugene M. Trisko  
Eugene M. Trisko  
Law Offices of Eugene M Trisko  
PO Box 330133  
Atlantic Beach FL 32233  
emtrisko7@gmail.com  

*Counsel for International Brotherhood of Boilermakers, et al, International Brotherhood of Electrical Workers, and United Mine Workers of America*

| | |
|---|---|
| */s/ Charles T. Wehland* | */s/ Mark W. DeLaquil* |
| Charles T. Wehland | Martin T. Booher |
| Jones Day | Joshua T. Wilson |
| 110 North Wacker Drive, Suite 4800 | Baker & Hostetler LLP |
| Chicago, IL 60601-1692 | 2000 Key Tower |
| Tel: (312) 269-4388 | 127 Public Square |
| ctwehland@jonesday.com | Cleveland, Ohio 44114 |
| | |
| Yaakov Roth | Mark W. DeLaquil |
| Brinton Lucas | Baker & Hostetler LLP |
| S. Matthew Krsacok | 1050 Connecticut Avenue N.W. |
| Jones Day | Suite 1100 |
| 51 Louisiana Avenue, N.W. | Washington, D.C. 20036 |
| Washington, D.C. 20001 | Tel: (202) 861-1527 |
| Tel: (202) 879-7658 | mdelaquil@bakerlaw.com |
| | |
| Jeffery D. Ubersax | *Counsel for Westmoreland Mining* |
| Kushner & Hamed Co., LPA | *Holdings LLC, Westmorland Mining* |
| 1375 East Ninth Street, Suite 1390 | *LLC, Westmoreland Rosebud Mining* |
| Cleveland, OH 44114 | *LLC* |
| Tel: (216) 696-6700 | |
| | |
| *Counsel for NACCO Natural* | |
| *Resources Corporation* | |

/s/ Dana M. Shelton
Dana M. Shelton
Daria B. Diaz
Justin A. Swaim
STONE PIGMAN WALTHER
WITTMANN L.L.C.
909 Poydras Street, Suite 3150
New Orleans, Louisiana 70112
Telephone: (504) 581-3200
dshelton@stonepigman.com

Kathryn Bowman
Executive Counsel
Louisiana Public Service
Commission
Galvez Building - 12th Floor
602 N. Fifth Street
Baton Rouge, Louisiana 70802
Telephone: (225) 342-9888

*Counsel for Intervenor Louisiana Public Service Commission*

/s/ John P. Coyle
John P. Coyle (Cir. Bar No. 32182)
Duncan & Allen LLP
1730 Rhode Island Ave., N.W.
Suite 700
Washington, DC 20036
Telephone: (202) 289-8400
E-mail: jpc@duncanallen.com

*Counsel for Intervenor Tennessee Valley Public Power Association, Inc.*

## Certificate of Compliance

The foregoing Proposed Briefing Format and Schedule complies with the typeface and type-volume requirements of the rules of this Court and Federal Rules of Appellate Procedure. The document is set in 14-point Palatino Linotype font and contains 1,182 words.

*/s/ Michael B. Schon*
Michael B. Schon

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of August, 2024, I filed the foregoing Proposed Briefing Format and Schedule with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to all participants in this case who are registered CM/ECF users.

*/s/ Michael B. Schon*
Michael B. Schon
