# United States Court of Appeals
### For The District of Columbia Circuit

———————

**No. 24-1120**  **September Term, 2024**

EPA-89FR39798

Filed On: September 24, 2024 [2076492]

State of West Virginia, et al.,

    Petitioners

    v.

Environmental Protection Agency and Michael S. Regan, Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Louisiana Public Service Commission, et al.,

    Intervenors

------------------------------

Consolidated with 24-1121, 24-1122, 24-1124, 24-1126, 24-1128, 24-1142, 24-1143, 24-1144, 24-1146, 24-1152, 24-1153, 24-1155, 24-1222, 24-1226, 24-1227, 24-1233

## O R D E R

Upon consideration of the motion by The Chamber of Commerce of the United States of America for leave to file a brief as amicus curiae in support of petitioners, and the lodged brief; and the motion of Midcontinent Independent System Operator, Inc., et al. for leave to file a brief as amici curiae in support of petitioners, and the lodged brief, it is

**ORDERED** that the motions be granted. The Clerk is directed to file the lodged briefs amicus curiae.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                       BY:    /s/
                               Michael C. McGrail
                               Deputy Clerk