

No. 24-1120 (and consolidated cases)

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT
# 333 CONSTITUTION AVENUE, NW
# WASHINGTON, DC 20001

State of West Virginia, *et al.*,
*Petitioners*

v.

Environmental Protection Agency, *et al.*,
*Respondents*.

MOTION REQUESTING THAT THE AMICUS BRIEF FILED
BY JOE ROBINSON BE AN INTEGRAL PART OF THE
RECORD OF CASE # 24-1120

Joe Robinson, Mover
Expert in Emissions Chemistry
136 Coolidge Street
Brookline, MA 02446
TEL: (617) 734-9900      Email: joerobnson@gmail.com

The mover is requesting that the Amicus Brief filed by the mover be an integral part of the record of Case # 24-1120 because the mover's brief, which is based on his expertise in emissions chemistry, puts into question the credibility of what the EPA alleges to be science and puts into question the credibility of the EPA itself.

Signed:

Joe Robinson
Dated: October 21, 2024

There are no additional pages.

# FedEx International Air Waybill

**Customs Copy**

For shipments originating in Europe, the Middle East, Africa, and the Indian Subcontinent.
For FedEx services worldwide. Not all services and options are available to all destinations. For packages over 68 kg (150 lbs.) or to ship dangerous goods, use the FedEx Expanded Service Intl. Air Waybill.

## 1 From

Date: 10/20/24
Sender's FedEx Account Number:
Sender's Name: JV ERO BIVSON   Phone: 617.734.9900
Company:
Address:
Address:
City: _____ State/Province: MA
Country: _____ Postal Code:
Email Address:
Sender's VAT/TURN Number:
Internal Billing Reference:

## 2 To

Recipient's Name: _____ Phone:
28 ☐ Residential Delivery
Company:
Address: _____ Dept./Floor:
Address:
City: _____ State/Province:
Country: _____ ZIP Postal Code:
Email Address:
Recipient's Tax ID Number for Customs Purposes:
☐ For EU Only: Tick here if goods are not in free circulation and provide C.I.

## Shipment Information

Total Packages / Total Weight / lbs / kg / DIM / in / cm
Commodity Description | Harmonised Code | Country of Manufacture | Value for Customs



FedEx Tracking Number: 8123 1731 3030 0460  Form ID No.

## 4 Express Package Service

- 01 ☐ FedEx Intl. Priority
- 57 ☐ FedEx Europe First
- 06 ☐ FedEx Intl. First
- 03 ☐ FedEx Intl. Economy

## 5 Packaging

- 06 ☐ FedEx Envelope
- 02 ☐ FedEx Pak
- 03 ☐ FedEx Box
- 04 ☐ FedEx Tube
- 15 ☐ FedEx 10kg Box
- 25 ☐ FedEx 25kg Box
- 01 ☐ Other

## 6 Special Handling and Delivery Signature Options

- 01 ☐ HOLD at FedEx Location
- 03 ☐ SATURDAY Delivery
- 10 ☐ Direct Signature
- 34 ☐ Indirect Signature

## 7 Payment

Bill transportation charges to:
1 ☐ Sender  2 ☐ Recipient  3 ☐ Third Party  4 ☐ Credit Card  5 ☐ Cash/Cheque

FedEx Acct. No.:
Credit Card Exp. Date:

Bill duties and taxes to:
1 ☐ Sender  2 ☒ Recipient  3 ☐ Third Party  5 ☐ Cash/Cheque

FedEx Acct. No.:

## 8 Required Signature

Sender's Signature:
Recipient's Signature:

672

Origin Station ID | Country Code/Destination Station ID | URSA Routing | Handling Units
Total Volume (cm)

Received At: 1 ☐ Reg. Stop  2 ☐ On-Call Stop  3 ☐ Drop-box  4 ☐ World Service Center  5 ☐ Station
Forms Attached: ☐ CI ☐ CB

07/17

AA INTL PRIORITY 20001 DC-US