ORAL ARGUMENT SCHEDULED FOR DECEMBER 6, 2024

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

STATE OF WEST VIRGINIA, *et al.*,

    Petitioners,

v.

    No. 24-1120
    (and consolidated cases)

U.S. ENVIRONMENTAL
PROTECTION AGENCY, *et al.*,

    Respondents.
_____

**PETITIONERS' ORAL ARGUMENT PROPOSAL**

As the Court's October 21, 2024 letter requires, Petitioners submit this proposed format for oral argument. Although Petitioners consulted with Respondents, the parties were unable to agree. Petitioners thus submit this separate proposal.

Petitioners propose that oral argument comprise three phases, with each side (Intervenors included) having a total of 70 minutes, divided as follows:

1

| **Issue** | **Party** | **Time Allotted** |
|---|---|---|
| EPA's selection and application of 90% carbon capture and storage as the "best system of emission reduction" for existing coal-fired and new natural-gas-fired facilities.<br><br>(Addressed in Section I of both Petitioners' and Respondents' briefs.) | • Scott Keller (counsel for Petitioner National Rural Electric Cooperative Association)<br><br>• Respondents and Respondent-Intervenors (divided as they determine)<br><br>• Rebuttal as reserved | 30 minutes each side |
| EPA's selection and application of 40% natural gas co-firing as the "best system of emissions reduction" for existing coal–fired facilities that commit to retire by 2039.<br><br>(Addressed in Section II of both Petitioners' and Respondents' briefs.) | • Allison Wood (counsel for Petitioner Electric Generators for a Sensible Transition)<br><br>• Respondents and Respondent-Intervenors (divided as they determine)<br><br>• Rebuttal as reserved | 20 minutes each side |
| State discretion and sovereignty, and the implications of the major questions doctrine for the Rule as a whole.<br><br>(Addressed in Sections III and IV of both Petitioners' and Respondents' briefs.) | • Michael Williams (counsel for Petitioner State of West Virginia)<br><br>• Respondents and Respondent-Intervenors (divided as they determine)<br><br>• Rebuttal as reserved | 20 minutes each side |

Petitioners and Respondents have agreed that the parties could rest on the papers for all remaining issues in the briefs.

Petitioners' proposal provides an orderly way to address issues of major national importance. No one can doubt the Rule's importance, as it will reshape our nation's energy grid while imposing billions in costs. It implicates several serious legal questions that have already spurred hundreds of pages of briefing. The Rule's issues deserve a full airing at argument.

Petitioners' proposal also tracks the Court's approach to handling oral argument on similar rulemaking efforts under the same Clean Air Act provision. The Court heard a challenge to the so-called Clean Power Plan en banc, leading to more than seven hours of argument. *See West Virginia v. EPA*, No. 15-1363 (and consolidated cases), ECF No. 1637882 (D.C. Cir. Sept. 27, 2016). A second oral argument on the Affordable Clean Energy Rule was nine hours long. *See Am. Lung Ass'n v. EPA*, No. 19-1140 (and consolidated cases), ECF No. 1865571 (D.C. Cir. Oct. 8, 2020). As Petitioners propose to do here, the Court grouped those arguments by subject matter.

In short, the Court has recognized before that these issues require careful—and sometimes extended—consideration. Petitioners' modest proposal of a slightly more than two-hour argument would equip the Court to undertake that task.

Dated: Nov. 7, 2024

Respectfully submitted,

/s/ *James A. Barta*
Theodore E. Rokita
  *Attorney General*
James A. Barta
  *Solicitor General*

OFFICE OF THE
ATTORNEY GENERAL
OF INDIANA
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709

*Counsel for Petitioner
State of Indiana*

/s/ *Michael R. Williams*
Patrick Morrisey
  *Attorney General*
Michael R. Williams
  *Solicitor General*

OFFICE OF THE WEST VIRGINIA
ATTORNEY GENERAL
1900 Kanawha Blvd. E
State Capitol Building 1, Rm. 26-E
Charleston, WV 25305
(304) 558-2021

*Counsel for Petitioner
State of West Virginia*

/s/ *Allison D. Wood*
Allison D. Wood
Makram B. Jaber
Aaron M. Flynn
MCGUIREWOODS LLP
888 16th Street, NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-2420

Paul D. Clement
C. Harker Rhodes IV
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

*Counsel for Petitioner Electric Generators for a Sensible Transition*

/s/ *Edmund G. LaCour Jr.*
Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300

*Counsel for Petitioner State of Alabama*

/s/ *Michael B. Schon*
Scott A. Keller
Steven P. Lehotsky
Michael B. Schon
Joshua P. Morrow
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
(512) 693-8350

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
629 W. Main St.
Oklahoma City, OK 73102

*Counsel for Petitioner National Rural Electric Cooperative Association*

/s/ *Thomas A. Lorenzen*
Thomas A. Lorenzen
Amanda Shafer Berman
Elizabeth B. Dawson
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004
(202) 624-2500

*Counsel for Petitioner Edison Electric Institute*

/s/ *Garrison Todd*
Treg Taylor
  *Attorney General*
Garrison Todd
  *Assistant Attorney General*

ALASKA DEPARTMENT OF LAW
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
(907) 269-5100

*Counsel for Petitioner State of Alaska*

/s/ *Nicholas J. Bronni*
Tim Griffin
  *Attorney General*
Nicholas J. Bronni
  *Solicitor General*
Dylan Jacobs
  *Deputy Solicitor General*

OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007

*Counsel for Petitioner State of Arkansas*

/s/ *Megan H. Berge*
Megan H. Berge
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
(415) 291-6233
(202) 639-7733

J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489

*Counsel for Petitioners Idaho Power Company; Oklahoma Gas and Electric Company; Montana-Dakota Utilities Co.; and Rainbow Energy Center, LLC*

/s/ *David M. Flannery*
David M. Flannery
Kathy G. Beckett
Keeleigh S. Huffman
STEPTOE & JOHNSON PLLC
707 Virginia Street, East
P.O. Box 1588
Charleston, WV 25326
(304) 353-8000

Edward L. Kropp
STEPTOE & JOHNSON PLLC
P.O. Box 36425
Indianapolis, IN 46236
(317) 946-9882

*Counsel for Petitioners Midwest Ozone Group and Appalachian Region Independent Power Producers*

/s/ *Henry C. Whitaker*
Ashley Moody
  *Attorney General*
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*

OFFICE OF THE ATTORNEY GENERAL
The Capital, Pl-01
Tallahassee, FL 32399-1050
(850) 414-3300

*Counsel for Petitioner State of Florida*

/s/ *Stephen J. Petrany*
Christopher M. Carr
  *Attorney General*
Stephen J. Petrany
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL OF GEORGIA
40 Capital Square, SW
Atlanta, GA 30334
(404) 458-3408

*Counsel for Petitioner State of Georgia*

/s/ *Misha Tseytlin*
Misha Tseytlin
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240

Carroll Wade McGuffey III
Melissa Horne
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree St. N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3698

*Counsel for Petitioners National Mining Association and America's Power*

/s/ *Eugene M. Trisko*
Eugene M. Trisko
Law Offices of Eugene M. Trisko
P.O. Box 330133
Atlantic Beach, FL 32233
(301) 639-5238

*Counsel for Petitioners United Mine Workers of America, AFL-CIO; International Brotherhood of Electrical Workers, AFL-CIO; and International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO*

/s/ *Alan M. Hurst*
Raúl R. Labrador
  *Attorney General*
Alan M. Hurst
  *Solicitor General*

OFFICE OF THE IDAHO ATTORNEY
GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400

*Counsel for Petitioner State of Idaho*

/s/ *Anthony J. Powell*
Kris W. Kobach
  *Attorney General*
Anthony J. Powell
  *Solicitor General*

OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
(785) 368-8539

*Counsel for Petitioner State of Kansas*

/s/ *Charles T. Wehland*
Charles T. Wehland
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60601-1692
(312) 269-4388

Yaakov Roth
Brinton Lucas
S. Matthew Krsacok
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-7658

Jeffery D. Ubersax
KUSHNER & HAMED CO., LPA
1375 East Ninth Street
Suite 1390
Cleveland, OH 44114
(216) 696-6700

*Counsel for Petitioner NACCO Natural Resources Corporation*

/s/ *Eric H. Wessan*
Brenna Bird
  *Attorney General*
Eric H. Wessan
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL OF IOWA
1305 E. Walnut Street
Des Moines, IA 50319
(515) 823-9117

*Counsel for Petitioner State of Iowa*

/s/ *Mark W. DeLaquil*
Martin T. Booher
Joshua T. Wilson
Baker & Hostetler LLP
2000 Key Tower
127 Public Square
Cleveland, OH 44114

Mark W. DeLaquil
Baker & Hostetler LLP
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
(202) 861-1527

*Counsel for Petitioners, Westmoreland Mining Holdings LLC; Westmoreland Mining LLC; and Westmoreland Rosebud Mining LLC*

/s/ *Matthew F. Kuhn*
Russell Coleman
  *Attorney General*
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Counsel for Special Litigation*

OFFICE OF THE KENTUCKY
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300

*Counsel for Petitioner Commonwealth of Kentucky*

/s/ *J. Benjamin Aguiñaga*
Liz Murrill
  *Attorney General*
J. Benjamin Aguiñaga
  *Solicitor General*
Tracy Short
  *Assistant Attorney General*

LOUISIANA DEPARTMENT OF
JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766

*Counsel for Petitioner State of Louisiana*

/s/ *Justin L. Matheny*
Lynn Fitch
  *Attorney General*
Justin L. Matheny
  *Deputy Solicitor General*

OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825

*Counsel for Petitioner State of Mississippi*

/s/ *Joshua M. Divine*
Andrew Bailey
  *Attorney General*
Joshua M. Divine
  *Solicitor General*

MISSOURI ATTORNEY GENERAL'S OFFICE
P.O. Box 899
Jefferson City, MO 65102
(573) 751-1800

*Counsel for Petitioner State of Missouri*

/s/ *Christian B. Corrigan*
Austin Knudsen
  *Attorney General*
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*

MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026

*Counsel for Petitioner State of Montana*

/s/ *Zachary A. Viglianco*
Michael T. Hilgers
  *Attorney General*
Zachary A. Viglianco
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645

*Counsel for Petitioner State of Nebraska*

/s/ *Mark W. Dell'Orfano*
John Formella
  *Attorney General*
Mark W. Dell'Orfano
  *Assistant Attorney General*

NEW HAMPSHIRE DEPARTMENT OF JUSTICE
33 Capitol Street
Concord, NH 03301
(603) 271-3643

*Counsel for Petitioner State of New Hampshire*

/s/ *Philip Axt*
Drew H. Wrigley
  *Attorney General*
Philip Axt
  *Solicitor General*

OFFICE OF ATTORNEY GENERAL OF NORTH DAKOTA
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210

*Counsel for Petitioner State of North Dakota*

/s/ *Garry M. Gaskins, II*
Gentner Drummond
  *Attorney General*
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL OF OKLAHOMA
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for Petitioner State of Oklahoma*

/s/ *T. Elliot Gaiser*
Dave Yost
  *Attorney General*
T. Elliott Gaiser
  *Solicitor General*
Mathura J. Sridharan
Zachery P. Keller
  *Deputy Solicitors General*
John K. McManus
  *Assistant Attorney General*

OHIO ATTORNEY GENERAL'S OFFICE
30 East Broad St., 17th Floor
Columbus, OH 43215
(614) 466-8980

*Counsel for Petitioner State of Ohio*

/s/ *J. Emory Smith, Jr.*
Alan Wilson
  *Attorney General*
Robert D. Cook
  *Solicitor General*
J. Emory Smith, Jr.
  *Deputy Solicitor General*
Thomas T. Hydrick
Joseph D. Spate
  *Assistant Deputy Solicitors General*

OFFICE OF THE ATTORNEY GENERAL OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371

*Counsel for Petitioner State of South Carolina*

/s/ *Steven Blair*
Marty J. Jackley
  *Attorney General*
Steven Blair
  *Deputy Attorney General*

SOUTH DAKOTA ATTORNEY GENERAL'S OFFICE
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215

*Counsel for Petitioner State of South Dakota*

/s/ *J. Matthew Rice*
Jonathan Skrmetti
  *Attorney General and Reporter*
J. Matthew Rice
  *Solicitor General*
Whitney Hermandorfer
  *Director of Strategic Litigation*

OFFICE OF THE ATTORNEY GENERAL AND REPORTER OF TENNESSEE
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7403

*Counsel for Petitioner State of Tennessee*

/s/ *Wesley S. Williams*
Ken Paxton
  *Attorney General*
Brent Webster
  *First Assistant Attorney General*
Ralph Molina
  *Deputy First Assistant Attorney General*
James Lloyd
  *Deputy Attorney General for Civil Litigation*
Kellie E. Billings-Ray
  *Chief, Environmental Protection Division*
Wesley S. Williams
Ian Lancaster
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION DIVISION
P.O. Box 12548, MC-066
Austin, TX 78711-2548
(512) 463-2012

*Counsel for Petitioner State of Texas*

/s/ *Stanford E. Purser*
Sean Reyes
  *Attorney General*
Stanford E. Purser
  *Solicitor General*

OFFICE OF THE UTAH ATTORNEY GENERAL
160 E. 300 S., 5th Floor
Salt Lake City, UT 84111
(385) 382-4334

*Counsel for Petitioner State of Utah*

/s/ *Erika L. Maley*

Jason Miyares
  *Attorney General*
Erika L. Maley
  *Solicitor General*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Brendan T. Chestnut
  *Deputy Solicitor General*

VIRGINIA ATTORNEY GENERAL'S OFFICE
202 North 9th Street
Richmond, VA 23219
(804) 786-2071

*Counsel for Petitioner Commonwealth of Virginia*

/s/ *D. David DeWald*

Bridget Hill
  *Attorney General*
D. David DeWald
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895

*Counsel for Petitioner State of Wyoming*