**Set for ORAL ARGUMENT on DECEMBER 6, 2024**

No. 24-1120 (and consolidated cases)

# IN THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA CIRCUIT

STATE OF WEST VIRGINIA, *et al.*,

*Petitioners*,

v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,

*Respondents*.

## On Petitions for Review of Final Agency Action of the United States Environmental Protection Agency 89 Fed. Reg. 39,798 (May 9, 2024)

## SUPPLEMENTAL RESPONSE BRIEF OF PETITIONERS

Theodore E. Rokita
  *Attorney General*
James A. Barta
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
OF INDIANA
302 W. Washington St.
Indianapolis, IN 46204
(317) 232-0709

*Counsel for Petitioner State of Indiana*

Patrick Morrisey
  *Attorney General*
Michael R. Williams
  *Solicitor General*

OFFICE OF THE WEST VIRGINIA ATTORNEY
GENERAL
1900 Kanawha Blvd. E
State Capitol Building 1, Rm. 26-E
Charleston, WV 25305
(304) 558-2021

*Counsel for Petitioner State of West Virginia*

*Additional counsel listed on following pages*

Allison D. Wood
Makram B. Jaber
Aaron M. Flynn
MCGUIREWOODS LLP
888 16th Street, NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-2420

Paul D. Clement
C. Harker Rhodes IV
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

*Counsel for Petitioner Electric
Generators for a Sensible
Transition*

Scott A. Keller
Steven P. Lehotsky
Michael B. Schon
Joshua P. Morrow
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
(512) 693-8350

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
619 W. Main St.
Oklahoma City, OK 73102

*Counsel for Petitioner National
Rural Electric Cooperative
Association*

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*

OFFICE OF THE ATTORNEY
GENERAL
STATE OF ALABAMA
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300

*Counsel for Petitioner State of
Alabama*

Treg Taylor
  *Attorney General*
Garrison Todd
  *Assistant Attorney General*

ALASKA DEPARTMENT OF LAW
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
(907) 269-5100

*Counsel for Petitioner State of
Alaska*

Megan H. Berge
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
(415) 291-6233
(202) 639-7733

J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489

*Counsel for Petitioners Idaho
Power Company; Oklahoma Gas
and Electric Company; Montana-
Dakota Utilities Co.; and Rainbow
Energy Center, LLC*

David M. Flannery
Kathy G. Beckett
Keeleigh S. Huffman
STEPTOE & JOHNSON PLLC
707 Virginia Street, East
P.O. Box 1588
Charleston, WV 25326
(304) 353-8000

Edward L. Kropp
STEPTOE & JOHNSON PLLC
P.O. Box 36425
Indianapolis, IN 46236
(317) 946-9882

*Counsel for Petitioners Midwest
Ozone Group and Appalachian
Region Independent Power
Producers*

Tim Griffin
  *Attorney General*
Nicholas J. Bronni
  *Solicitor General*
Dylan Jacobs
  *Deputy Solicitor General*

OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007

*Counsel for Petitioner State of
Arkansas*

Ashley Moody
  *Attorney General*
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*

OFFICE OF THE ATTORNEY
GENERAL
The Capital, Pl-01
Tallahassee, FL 32399-1050
(850) 414-3300

*Counsel for Petitioner State of
Florida*

Misha Tseytlin
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240

Carroll Wade McGuffey III
Melissa Horne
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree St. N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3698

*Counsel for Petitioners National
Mining Association and America's
Power*

Eugene M. Trisko
Law Offices of Eugene M. Trisko
P.O. Box 330133
Atlantic Beach, FL 32233
(304) 258-1977

*Counsel for Petitioners United
Mine Workers of America, AFL-
CIO; International Brotherhood of
Electrical Workers, AFL-CIO; and
International Brotherhood of
Boilermakers, Iron Ship Builders,
Blacksmiths, Forgers and Helpers,
AFL-CIO*

Christopher M. Carr
  *Attorney General*
Stephen J. Petrany
  *Solicitor General*

OFFICE OF THE ATTORNEY
GENERAL OF GEORGIA
40 Capital Square, SW
Atlanta, GA 30334
(404) 458-3408

*Counsel for Petitioner State of
Georgia*

Raúl R. Labrador
  *Attorney General*
Joshua N. Turner
  *Chief of Constitutional
  Litigation and Policy*
Alan M. Hurst
  *Solicitor General*

OFFICE OF THE IDAHO ATTORNEY
GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400

*Counsel for Petitioner State of
Idaho*

Charles T. Wehland
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60601-1692
(312) 269-4388

Yaakov Roth
Brinton Lucas
S. Matthew Krsacok
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-7658

Jeffery D. Ubersax
KUSHNER & HAMED CO., LPA
1375 East Ninth Street
Suite 1390
Cleveland, OH 44114
(216) 696-6700

*Counsel for Petitioner
NACCO Natural Resources
Corporation*

Kris W. Kobach
  *Attorney General*
Anthony J. Powell
  *Solicitor General*

OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
(785) 368-8539

*Counsel for Petitioner State of
Kansas*

Martin T. Booher
Joshua T. Wilson
Baker & Hostetler LLP
2000 Key Tower
127 Public Square
Cleveland, OH 44114

Mark W. DeLaquil
Baker & Hostetler LLP
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
(202) 861-1527

*Counsel for Petitioners,
Westmoreland Mining Holdings
LLC; Westmoreland Mining LLC;
and Westmoreland Rosebud
Mining LLC*

Brenna Bird
  *Attorney General*
Eric H. Wessan
  *Solicitor General*

OFFICE OF THE ATTORNEY
GENERAL OF IOWA
1305 E. Walnut Street
Des Moines, IA 50319
(515) 823-9117

*Counsel for Petitioner State of
Iowa*

Russell Coleman
  *Attorney General*
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Counsel for Special Litigation*

OFFICE OF THE KENTUCKY
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300

*Counsel for Petitioner
Commonwealth of Kentucky*

Liz Murrill
  *Attorney General*
J. Benjamin Aguiñaga
  *Solicitor General*
Tracy Short
  *Assistant Attorney General*

LOUISIANA DEPARTMENT OF
JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766

*Counsel for Petitioner State of
Louisiana*

Lynn Fitch
  *Attorney General*
Justin L. Matheny
  *Deputy Solicitor General*

OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825

*Counsel for Petitioner State of
Mississippi*

Austin Knudsen
  *Attorney General*
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*

MONTANA DEPARTMENT OF
JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026

*Counsel for Petitioner State of
Montana*

Andrew Bailey
  *Attorney General*
Joshua M. Divine
  *Solicitor General*

MISSOURI ATTORNEY GENERAL'S
OFFICE
P.O. Box 899
Jefferson City, MO 65102
(573) 751-1800

*Counsel for Petitioner State of
Missouri*

Michael T. Hilgers
  *Attorney General*
Zachary A. Viglianco
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY
GENERAL OF NEBRASKA
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645

*Counsel for Petitioner State of
Nebraska*

John Formella
  *Attorney General*
Mark W. Dell'Orfano
  *Assistant Attorney General*

NEW HAMPSHIRE DEPARTMENT OF
JUSTICE
33 Capitol Street
Concord, NH 03301
(603) 271-3643

*Counsel for Petitioner State of
New Hampshire*

Dave Yost
  *Attorney General*
T. Elliott Gaiser
  *Solicitor General*
Mathura J. Sridharan
Zachery P. Keller
  *Deputy Solicitors General*
John K. McManus
  *Assistant Attorney General*

OHIO ATTORNEY GENERAL'S OFFICE
30 East Broad St., 17th Floor
Columbus, OH 43215
(614) 466-8980

*Counsel for Petitioner State of
Ohio*

Drew H. Wrigley
  *Attorney General*
Philip Axt
  *Solicitor General*

OFFICE OF ATTORNEY GENERAL OF
NORTH DAKOTA
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210

*Counsel for Petitioner State of
North Dakota*

Gentner Drummond
  *Attorney General*
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY
GENERAL OF OKLAHOMA
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for Petitioner State of
Oklahoma*

Alan Wilson
  *Attorney General*
Robert D. Cook
  *Solicitor General*
J. Emory Smith, Jr.
  *Deputy Solicitor General*
Thomas T. Hydrick
Joseph D. Spate
  *Assistant Deputy Solicitors
  General*

OFFICE OF THE ATTORNEY
GENERAL OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371

*Counsel for Petitioner State of
South Carolina*

Marty J. Jackley
  *Attorney General*
Steven Blair
  *Deputy Attorney General*

SOUTH DAKOTA ATTORNEY
GENERAL'S OFFICE
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215

*Counsel for Petitioner State of
South Dakota*

Jonathan Skrmetti
 *Attorney General and Reporter*
J. Matthew Rice
 *Solicitor General*
Whitney Hermandorfer
 *Director of Strategic Litigation*

OFFICE OF THE ATTORNEY
GENERAL AND REPORTER OF
TENNESSEE
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7403

*Counsel for Petitioner State of
Tennessee*

Ken Paxton
 *Attorney General*
Brent Webster
 *First Assistant Attorney General*
Ralph Molina, *Deputy First
 Assistant Attorney General*
James Lloyd
 *Deputy Attorney General for
 Civil Litigation*
Kellie E. Billings-Ray *Chief,
 Environmental Protection
 Division*
Wesley S. Williams
Ian Lancaster
 *Assistant Attorneys General*
OFFICE OF THE ATTORNEY
GENERAL OF TEXAS
ENVIRONMENTAL PROTECTION
DIVISION
P.O. Box 12548, MC-066
Austin, TX 78711-2548
(512) 463-2012

*Counsel for Petitioner State of
Texas*

Sean Reyes
  *Attorney General*
Stanford E. Purser
  *Solicitor General*

OFFICE OF THE UTAH ATTORNEY
GENERAL
160 E. 300 S., 5th Floor
Salt Lake City, UT 84111
(385) 382-4334

*Counsel for Petitioner State of
Utah*

Bridget Hill
  *Attorney General*
D. David DeWald
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY
GENERAL OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895

*Counsel for Petitioner State of
Wyoming*

Jason Miyares
  *Attorney General*
Erika L. Maley
  *Solicitor General*
Kevin M. Gallagher
  *Principal Deputy Solicitor
  General*
Brendan T. Chestnut
  *Deputy Solicitor General*

VIRGINIA ATTORNEY GENERAL'S
OFFICE
202 North 9th Street
Richmond, VA 23219
(804) 786-2071

*Counsel for Petitioner
Commonwealth of Virginia*

# TABLE OF CONTENTS

**Page(s)**

TABLE OF AUTHORITIES ........................................................... i

GLOSSARY OF TERMS ............................................................. i

The pipeline construction needed to achieve 40% co-firing cannot be accomplished by 2030, as the Rule requires .............................................. 1

# TABLE OF AUTHORITIES

**Cases**

*City of Port Isabel v. FERC*, 111 F.4th 1198 (D.C. Cir. 2024) .................. 1

*Motor Vehicle Mfrs. Assn. v. State Farm Mutual Auto. Ins. Co.*, 463 U.S. 29 (1983) ................................................................ 4

# GLOSSARY OF TERMS

Bcfd .................................................................... Billion cubic feet per day

EPA .............................................. U.S. Environmental Protection Agency

ICF ............................................................................. ICF International

**The pipeline construction needed to achieve 40% co-firing cannot be accomplished by 2030, as the Rule requires.**

Petitioners explained why the Rule's three-year estimate for permitting and construction of necessary pipelines is unrealistic and flawed. In its Supplemental Brief, EPA never convincingly responds.

Based on a review by ICF International ("ICF"), EPA projects that the permitting and construction of the pipelines necessary for 40% co-firing will "take no more than 3 years for most sources (June 2026 to June 2029)." Supp. Br. 1 (citing JA 0096 (89 Fed. Reg. 39,798, 39,893 (May 9, 2024))). ICF did say that the average permitting and construction time for *lateral* pipelines "is about three years." But ICF also cautioned that "some projects could take … *up to five years* for approval and construction if they experience difficulties." JA6273 (GHG Mitigation Measures-Steam TSD, Att. 18 at 42) (emphasis added)). EPA ignored that longer timeline. *See* Pet. Br. 122-23.

Even ICF's five-year timeline is optimistic. As this Court knows, pipelines routinely *do* experience difficulties in obtaining the required permits. *See, e.g.*, *City of Port Isabel v. FERC*, 111 F.4th 1198, 1204-06 (D.C. Cir. 2024) (Garcia, J.) (permit application filed in 2016 for still-unconstructed pipeline connecting new fuel terminal to existing pipeline

1

and summarizing lengthy history of challenges); JA2716-17 (NRECA-EERC Comments 11-12); JA2046 (PGen Comments 35 & n.128). So, it is quite possible—indeed, likely—that permitting and construction for a necessary pipeline would take five years, as ICF cautioned (or even longer). And ICF's optimistic five-year timeline would extend EPA's anticipated pipeline completion date from June 2029 to June 2031—a year and a half after compliance begins.

Under these circumstances, the possibility of "a compliance date extension" would not save the day. *Contra* Supp. Br. 2. Even if a coal plant could get one—no guarantee—an extension cannot exceed one year (i.e., until January 1, 2031). JA0217 (89 Fed. Reg. at 40,014 ("States *may* incorporate into their state plans a mechanism that allows compliance date extensions up to 1 year … *under specific circumstances*" (emphases added)). If permitting and construction take up to five years, as ICF warned, the one-year extension will not enable the pipeline to be completed before compliance is required.

EPA's timetable is also flawed because EPA assumed that only *lateral* pipelines would be needed for 40% co-firing. JA0096 (89 Fed. Reg. at 39,893 & n.682 (mentioning laterals 13 times, including

2

"construction of a lateral pipeline," estimated costs for "new lateral pipeline capacity," and assessment of "each assumed new lateral")). Because laterals connect to an already-existing nearby pipeline, they tend to be shorter than non-lateral pipelines (taking less construction time) and not as controversial (taking less permitting time). *See* Pet. Br. 124. Yet nothing shows all the necessary pipeline projects can be laterals.

EPA notes ICF reviewed "both lateral and non-lateral pipelines." Supp. Br. 2. But while ICF might have reviewed some "non-lateral projects that solely serve power plants," JA6272 (GHG Mitigation Measures-Steam TSD, Att. 18 at 41), ICF's "assessment estimates the length of time required to develop, permit, and construct natural gas pipeline *laterals* to coal plants," *id.* (emphasis added)); *see also* JA6273 (*Id.* at 42) (concluding "the average time … to design, permit, and construct *laterals* to coal plants is about three years") (emphasis added)). In failing to correctly assess the amount of time necessary for all facilities to obtain natural gas—including those needing a non-lateral pipeline—EPA arbitrarily and capriciously failed "to consider an

important aspect of the problem." *Motor Vehicle Mfrs. Assn. v. State Farm Mut. Auto. Ins. Co.*, 463 U.S. 29, 43 (1983).

EPA concludes, again relying on ICF, that the gas industry can place into service "sufficient gas pipelines for sources to comply with the Rule" by 2030. Supp. Br. 2. ICF "assess[ed] aggregate annual levels of pipeline development from 2015 through 2021." JA6268 (GHG Mitigation Measures-Steam TSD, Att. 18 at 37). Its analysis showed "that, on average per year, there were 36 individual pipeline projects (i.e., 254 total projects over the seven-year period) completed with a mileage of 1,200 miles and an aggregate capacity of about 14 [billion cubic feet per day (Bcfd)]." *Id.* The Rule's expected pipeline buildout greatly exceeds this average both in project numbers (93 vs. 36) and miles of pipeline (1,778 vs. 1,200). *Id.* Only expected pipeline capacity (7.35 Bcfd) is within the 7-year average ICF calculated. *Id.*

Indeed, none of the years examined came anywhere close to completing the 93 annual projects the Rule contemplates. The maximum occurred in 2018, when 55 projects were completed. JA6269 (*Id.* at 38, Figure 7). Similarly, pipeline miles exceeded the 1,778 annual miles the Rule would require in only one year (2017). *Id.*

4

In short, the record does not support EPA's imagined three-year timeline for constructing a vast, nationwide natural-gas pipeline network.

Dated: December 4, 2024                    Respectfully submitted,

/s/ *James A. Barta*                       /s/ *Michael R. Williams*
Theodore E. Rokita                         Patrick Morrisey
  *Attorney General*                         *Attorney General*
James A. Barta                             Michael R. Williams
  *Solicitor General*                        *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL             OFFICE OF THE WEST VIRGINIA
OF INDIANA                                 ATTORNEY GENERAL
302 W. Washington St.                      1900 Kanawha Blvd. E
Indianapolis, IN 46204                     State Capitol Building 1, Rm. 26-E
(317) 232-0709                             Charleston, WV 25305
                                           (304) 558-2021
*Counsel for Petitioner State of*
*Indiana*                                  *Counsel for Petitioner State of West*
                                           *Virginia*

5

/s/ *Allison D. Wood*

Allison D. Wood
Makram B. Jaber
Aaron M. Flynn
MCGUIREWOODS LLP
888 16th Street, NW, Suite 500
Black Lives Matter Plaza
Washington, DC 20006
(202) 857-2420

Paul D. Clement
C. Harker Rhodes IV
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
(202) 742-8900

*Counsel for Petitioner Electric
Generators for a Sensible
Transition*

/s/ *Edmund G. LaCour Jr.*

Steve Marshall
  *Attorney General*
Edmund G. LaCour Jr.
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
STATE OF ALABAMA
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130-0152
(334) 242-7300

*Counsel for Petitioner State of
Alabama*

6

/s/ *Michael B. Schon*

Scott A. Keller
Steven P. Lehotsky
Michael B. Schon
Joshua P. Morrow
Jacob B. Richards
LEHOTSKY KELLER COHN LLP
200 Massachusetts Ave., NW
Suite 700
Washington, DC 20001
(512) 693-8350

Mithun Mansinghani
LEHOTSKY KELLER COHN LLP
619 W. Main St.
Oklahoma City, OK 73102

*Counsel for Petitioner National Rural Electric Cooperative Association*

/s/ *Garrison Todd*

Treg Taylor
  *Attorney General*
Garrison Todd
  *Assistant Attorney General*

ALASKA DEPARTMENT OF LAW
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501
(907) 269-5100

*Counsel for Petitioner State of Alaska*

/s/ *Megan H. Berge*

Megan H. Berge
BAKER BOTTS L.L.P.
700 K Street, NW
Washington, DC 20001
(415) 291-6233
(202) 639-7733

J. Mark Little
BAKER BOTTS L.L.P.
910 Louisiana Street
Houston, TX 77002
(713) 229-1489

*Counsel for Petitioners Idaho Power Company; Oklahoma Gas and Electric Company; Montana-Dakota Utilities Co.; and Rainbow Energy Center, LLC*

/s/ *Nicholas J. Bronni*

Tim Griffin
  *Attorney General*
Nicholas J. Bronni
  *Solicitor General*
Dylan Jacobs
  *Deputy Solicitor General*

OFFICE OF THE ARKANSAS
ATTORNEY GENERAL
323 Center Street, Suite 200
Little Rock, AR 72201
(501) 682-2007

*Counsel for Petitioner State of Arkansas*

7

/s/ *David M. Flannery*

David M. Flannery
Kathy G. Beckett
Keeleigh S. Huffman
STEPTOE & JOHNSON PLLC
707 Virginia Street, East
P.O. Box 1588
Charleston, WV 25326
(304) 353-8000

Edward L. Kropp
STEPTOE & JOHNSON PLLC
P.O. Box 36425
Indianapolis, IN 46236
(317) 946-9882

*Counsel for Petitioners Midwest
Ozone Group and Appalachian
Region Independent Power
Producers*

/s/ *Henry C. Whitaker*

Ashley Moody
  *Attorney General*
Henry C. Whitaker
  *Solicitor General*
James H. Percival
  *Chief of Staff*

OFFICE OF THE ATTORNEY GENERAL
The Capital, Pl-01
Tallahassee, FL 32399-1050
(850) 414-3300

*Counsel for Petitioner State of
Florida*

8

/s/ *Misha Tseytlin*

Misha Tseytlin
TROUTMAN PEPPER HAMILTON
SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240

Carroll Wade McGuffey III
Melissa Horne
TROUTMAN PEPPER HAMILTON
SANDERS LLP
600 Peachtree St. N.E.
Suite 3000
Atlanta, GA 30308
(404) 885-3698

*Counsel for Petitioners National Mining Association and America's Power*

/s/ *Eugene M. Trisko*

Eugene M. Trisko
Law Offices of Eugene M. Trisko
P.O. Box 330133
Atlantic Beach, FL 32233
(304) 258-1977

*Counsel for Petitioners United Mine Workers of America, AFL-CIO; International Brotherhood of Electrical Workers, AFL-CIO; and International Brotherhood of Boilermakers, Iron Ship Builders, Blacksmiths, Forgers and Helpers, AFL-CIO*

/s/ *Stephen J. Petrany*

Christopher M. Carr
  *Attorney General*
Stephen J. Petrany
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
OF GEORGIA
40 Capital Square, SW
Atlanta, GA 30334
(404) 458-3408

*Counsel for Petitioner State of Georgia*

/s/ *Joshua N. Turner*

Raúl R. Labrador
  *Attorney General*
Joshua N. Turner
  *Chief of Constitutional Litigation and Policy*
Alan M. Hurst
  *Solicitor General*

OFFICE OF THE IDAHO ATTORNEY
GENERAL
P.O. Box 83720
Boise, ID 83720-0010
(208) 334-2400

*Counsel for Petitioner State of Idaho*

9

/s/ *Charles T. Wehland*
Charles T. Wehland
JONES DAY
110 North Wacker Drive
Suite 4800
Chicago, IL 60601-1692
(312) 269-4388

Yaakov Roth
Brinton Lucas
S. Matthew Krsacok
JONES DAY
51 Louisiana Avenue, NW
Washington, DC 20001
(202) 879-7658

Jeffery D. Ubersax
KUSHNER & HAMED CO., LPA
1375 East Ninth Street
Suite 1390
Cleveland, OH 44114
(216) 696-6700

*Counsel for Petitioner*
*NACCO Natural Resources*
*Corporation*

/s/ *Anthony J. Powell*
Kris W. Kobach
  *Attorney General*
Anthony J. Powell
  *Solicitor General*

OFFICE OF THE KANSAS ATTORNEY
GENERAL
120 SW 10th Avenue, 2nd Floor
Topeka, KS 66612
(785) 368-8539

*Counsel for Petitioner State of*
*Kansas*

10

/s/ *Mark W. DeLaquil*

Martin T. Booher
Joshua T. Wilson
Baker & Hostetler LLP
2000 Key Tower
127 Public Square
Cleveland, OH 44114

Mark W. DeLaquil
Baker & Hostetler LLP
1050 Connecticut Ave., NW
Suite 1100
Washington, DC 20036
(202) 861-1527

*Counsel for Petitioners,
Westmoreland Mining Holdings
LLC; Westmoreland Mining LLC;
and Westmoreland Rosebud
Mining LLC*


/s/ *J. Benjamin Aguiñaga*

Liz Murrill
  *Attorney General*
J. Benjamin Aguiñaga
  *Solicitor General*
Tracy Short
  *Assistant Attorney General*

LOUISIANA DEPARTMENT OF
JUSTICE
1885 N. Third Street
Baton Rouge, LA 70804
(225) 326-6766

*Counsel for Petitioner State of
Louisiana*

/s/ *Eric H. Wessan*

Brenna Bird
  *Attorney General*
Eric H. Wessan
  *Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
OF IOWA
1305 E. Walnut Street
Des Moines, IA 50319
(515) 823-9117

*Counsel for Petitioner State of
Iowa*


/s/ *Matthew F. Kuhn*

Russell Coleman
  *Attorney General*
Matthew F. Kuhn
  *Solicitor General*
Jacob M. Abrahamson
  *Counsel for Special Litigation*

OFFICE OF THE KENTUCKY
ATTORNEY GENERAL
700 Capital Avenue, Suite 118
Frankfort, KY 40601
(502) 696-5300

*Counsel for Petitioner
Commonwealth of Kentucky*

/s/ *Joshua M. Divine*

Andrew Bailey
  *Attorney General*
Joshua M. Divine
  *Solicitor General*

MISSOURI ATTORNEY GENERAL'S
OFFICE
P.O. Box 899
Jefferson City, MO 65102
(573) 751-1800

*Counsel for Petitioner State of Missouri*

/s/ *Zachary A. Viglianco*

Michael T. Hilgers
  *Attorney General*
Zachary A. Viglianco
  *Deputy Solicitor General*

OFFICE OF THE ATTORNEY GENERAL
OF NEBRASKA
2115 State Capitol
Lincoln, NE 68509
(531) 739-7645

*Counsel for Petitioner State of Nebraska*

/s/ *Justin L. Matheny*

Lynn Fitch
  *Attorney General*
Justin L. Matheny
  *Deputy Solicitor General*

OFFICE OF THE MISSISSIPPI
ATTORNEY GENERAL
P.O. Box 220
Jackson, MS 39205-0220
(601) 359-3825

*Counsel for Petitioner State of Mississippi*

/s/ *Christian B. Corrigan*

Austin Knudsen
  *Attorney General*
Christian B. Corrigan
  *Solicitor General*
Peter M. Torstensen, Jr.
  *Deputy Solicitor General*

MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
(406) 444-2026

*Counsel for Petitioner State of Montana*

12

/s/ *Philip Axt*
Drew H. Wrigley
  *Attorney General*
Philip Axt
  *Solicitor General*

OFFICE OF ATTORNEY GENERAL OF
NORTH DAKOTA
600 E. Boulevard Ave., Dept. 125
Bismarck, ND 58505
(701) 328-2210

*Counsel for Petitioner State of
North Dakota*

/s/ *Garry M. Gaskins, II*
Gentner Drummond
  *Attorney General*
Garry M. Gaskins, II
  *Solicitor General*
Jennifer L. Lewis
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL
OF OKLAHOMA
313 NE Twenty-First St.
Oklahoma City, OK 73105
(405) 521-3921

*Counsel for Petitioner State of
Oklahoma*

/s/ *Mark W. Dell'Orfano*
John Formella
  *Attorney General*
Mark W. Dell'Orfano
  *Assistant Attorney General*

NEW HAMPSHIRE DEPARTMENT OF
JUSTICE
33 Capitol Street
Concord, NH 03301
(603) 271-3643

*Counsel for Petitioner State of New
Hampshire*

/s/ *T. Elliot Gaiser*
Dave Yost
  *Attorney General*
T. Elliott Gaiser
  *Solicitor General*
Mathura J. Sridharan
Zachery P. Keller
  *Deputy Solicitors General*
John K. McManus
  *Assistant Attorney General*

OHIO ATTORNEY GENERAL'S OFFICE
30 East Broad St., 17th Floor
Columbus, OH 43215
(614) 466-8980

*Counsel for Petitioner State of Ohio*

13

/s/ *Steven Blair*

Marty J. Jackley
  *Attorney General*
Steven Blair
  *Deputy Attorney General*

SOUTH DAKOTA ATTORNEY
GENERAL'S OFFICE
1302 E. Highway 14, Suite 1
Pierre, SD 57501
(605) 773-3215

*Counsel for Petitioner State of
South Dakota*

/s/ *J. Emory Smith, Jr.*

Alan Wilson
  *Attorney General*
Robert D. Cook
  *Solicitor General*
J. Emory Smith, Jr.
  *Deputy Solicitor General*
Thomas T. Hydrick
Joseph D. Spate
  *Assistant Deputy Solicitors
  General*

OFFICE OF THE ATTORNEY GENERAL
OF SOUTH CAROLINA
1000 Assembly Street
Columbia, SC 29201
(803) 734-3371

*Counsel for Petitioner State of
South Carolina*

14

/s/ *Wesley S. Williams*

Ken Paxton
  *Attorney General*
Brent Webster
  *First Assistant Attorney General*
Ralph Molina
  *Deputy First Assistant Attorney*
  *General*
James Lloyd
  *Deputy Attorney General for*
  *Civil Litigation*
Kellie E. Billings-Ray
  *Chief, Environmental Protection*
  *Division*
Wesley S. Williams
Ian Lancaster
  *Assistant Attorneys General*

OFFICE OF THE ATTORNEY GENERAL
OF TEXAS
ENVIRONMENTAL PROTECTION
DIVISION
P.O. Box 12548, MC-066
Austin, TX 78711-2548
(512) 463-2012

*Counsel for Petitioner State of*
*Texas*

/s/ *J. Matthew Rice*

Jonathan Skrmetti
  *Attorney General and Reporter*
J. Matthew Rice
  *Solicitor General*
Whitney Hermandorfer
  *Director of Strategic Litigation*

OFFICE OF THE ATTORNEY GENERAL
AND REPORTER OF TENNESSEE
P.O. Box 20207
Nashville, TN 37202-0207
(615) 741-7403

*Counsel for Petitioner State of*
*Tennessee*

15

/s/ *Erika L. Maley*

Jason Miyares
  *Attorney General*
Erika L. Maley
  *Solicitor General*
Kevin M. Gallagher
  *Principal Deputy Solicitor General*
Brendan T. Chestnut
  *Deputy Solicitor General*

VIRGINIA ATTORNEY GENERAL'S OFFICE
202 North 9th Street
Richmond, VA 23219
(804) 786-2071

*Counsel for Petitioner Commonwealth of Virginia*

/s/ *D. David DeWald*

Bridget Hill
  *Attorney General*
D. David DeWald
  *Deputy Attorney General*

OFFICE OF THE ATTORNEY GENERAL OF WYOMING
109 State Capitol
Cheyenne, WY 82002
(307) 777-7895

*Counsel for Petitioner State of Wyoming*

/s/ *Stanford E. Purser*

Sean Reyes
  *Attorney General*
Stanford E. Purser
  *Solicitor General*

OFFICE OF THE UTAH ATTORNEY GENERAL
160 E. 300 S., 5th Floor
Salt Lake City, UT 84111
(385) 382-4334

*Counsel for Petitioner State of Utah*

16

# CERTIFICATE OF COMPLIANCE

This Supplemental Brief complies with the type-volume limit of the Court's order of November 25, 2024, ECF No. 2086679, because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and Circuit Rule 32(e)(1), this brief contains 800 words, which is within the 800-word allotment provided by the Court to Petitioners for this Supplemental Brief.

This brief complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this brief has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Century Schoolbook font.

Dated: December 4, 2024                    /s/ *Michael R. Williams*
                                           Michael R. Williams