# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| STATE OF WEST VIRGINIA, et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al., <br><br> Respondents. | Case No. 24-1120 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to D.C. Court of Appeals Rule 101(c)(1), James H. Percival moves for leave to withdraw as counsel for Attorney General Ashley Moody, as Mr. Percival will depart the Office of the Attorney General on January 16, 2025, to pursue another opportunity. The Attorney General does not object to Mr. Percival's withdrawal. She will continue to be represented by undersigned counsel, Henry C. Whitaker.

Respectfully submitted,

ASHLEY MOODY
  *Attorney General*

*/s/ James H. Percival*
JAMES H. PERCIVAL (FBN 1016188)
  CHIEF OF STAFF

HENRY C. WHITAKER (FBN 1031175)
  SOLICITOR GENERAL

Office of the Attorney General
The Capitol, PL-01
Tallahassee, Florida 32399-1050
(850) 414-3300
(850) 410-2672 (fax)
*james.percival@myfloridalegal.com*

*Counsel for the State of Florida*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th of January 2025, a true and correct copy of this document was filed electronically with the Clerk of Court through the CM/ECF filing system, which provides notices to all counsel of record.

*/s/ James H. Percival*
JAMES H. PERCIVAL
