# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 24-1120　　　　　　　　　　　　　September Term, 2024

EPA-89FR39798

Filed On: February 19, 2025

State of West Virginia, et al.,

  Petitioners

  v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

  Respondents

------------------------------

Louisiana Public Service Commission, et al.,
    Intervenors

------------------------------

Consolidated with 24-1121, 24-1122, 24-1124, 24-1126, 24-1128, 24-1142, 24-1143, 24-1144, 24-1146, 24-1152, 24-1153, 24-1155, 24-1222, 24-1226, 24-1227, 24-1233

  **BEFORE:** Srinivasan, Chief Judge; Rao and Garcia, Circuit Judges

## O R D E R

  Upon consideration of the motion of intervenor Louisiana Public Service Commission to lodge excerpts from EPA's Regulatory Impact Analysis and the 2023 EPA Integrated Planning Model Summary Run Results, the opposition thereto, and the reply; and respondents' motion for leave to file a supplemental brief and the lodged supplemental brief, the opposition thereto, and the supplemental response brief of petitioners, it is

  **ORDERED** that consideration of the motions be deferred pending further order of the court.

## Per Curiam

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

    BY: /s/
       Michael C. McGrail
       Deputy Clerk