**No. 24-1120**                        **September Term, 2024**

EPA-89FR39798

Filed On: February 19, 2025 [2101484]

State of West Virginia, et al.,

         Petitioners

         v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

         Respondents

------------------------------

Louisiana Public Service Commission, et al.,
         Intervenors

------------------------------

Consolidated with 24-1121, 24-1122, 24-1124, 24-1126, 24-1128, 24-1142, 24-1143, 24-1144, 24-1146, 24-1152, 24-1153, 24-1155, 24-1222, 24-1226, 24-1227, 24-1233

         **BEFORE:**    Srinivasan, Chief Judge; Rao and Garcia, Circuit Judges

## O R D E R

         Upon consideration of respondents' unopposed motion to hold these cases in abeyance for 60 days, it is

         **ORDERED** that the motion be granted, and these consolidated cases be held in abeyance pending further order of the court.

         Respondents are directed to file motions to govern further proceedings by April 21, 2025.

<u>**Per Curiam**</u>

                                         **FOR THE COURT:**
                                         Clifton B. Cislak, Clerk

                         BY:     /s/
                                 Michael C. McGrail
                                 Deputy Clerk