# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| No. 24-1120 | September Term, 2024 |
| | EPA-89FR39798 |
| | Filed On: April 25, 2025 [2113035] |

State of West Virginia, et al.,

      Petitioners

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Louisiana Public Service Commission, et al.,

      Intervenors

------------------------------

Consolidated with 24-1121, 24-1122, 24-1124, 24-1126, 24-1128, 24-1142, 24-1143, 24-1144, 24-1146, 24-1152, 24-1153, 24-1155, 24-1222, 24-1226, 24-1227, 24-1233

      **BEFORE:** Srinivasan, Chief Judge, and Rao and Garcia, Circuit Judges

## O R D E R

      Upon consideration of respondents' unopposed motion to hold cases in abeyance, it is

      **ORDERED** that the motion be granted, and these consolidated cases continue to remain in abeyance pending further order of the court.

      The parties are directed to file status reports at 90-day intervals beginning July 24, 2025.

      The parties are directed to file motions to govern further proceedings within 30 days of the completion of agency proceedings.

**Per Curiam**

      **FOR THE COURT:**
      Clifton B. Cislak, Clerk

      BY:   /s/
            Michael C. McGrail
            Deputy Clerk