# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

No. 24-1120                                                   September Term, 2025

EPA-89FR39798

Filed On: October 23, 2025 [2141826]

State of West Virginia, et al.,

    Petitioners

    v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

    Respondents

------------------------------

Louisiana Public Service Commission, et al.,

    Intervenors

------------------------------

Consolidated with 24-1121, 24-1122, 24-1124, 24-1126, 24-1128, 24-1142, 24-1143, 24-1144, 24-1146, 24-1152, 24-1153, 24-1155, 24-1222, 24-1226, 24-1227, 24-1233

    **BEFORE:**   Srinivasan, Chief Judge, Rao and Garcia, Circuit Judges

## O R D E R

    Upon consideration of respondents' motion for extension in light of lapse of appropriations, it is

    **ORDERED** that the motion be granted. Respondents are directed to file the next status report within 10 days of the date that appropriations are restored and the Department of Justice attorneys are permitted to resume their usual civil litigation functions.

### Per Curiam

                                      **FOR THE COURT:**
                                      Clifton B. Cislak, Clerk

                        BY:    /s/
                                      Scott H. Atchue
                                      Deputy Clerk