UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| West Virginia et al., <br><br>          Petitioners, <br><br>    v. <br><br>U.S. Environmental Protection Agency and Lee Zeldin, in his capacity as Administrator, U.S. Environmental Protection Agency, <br><br>          Respondents. | No. 24-1120 and consolidated cases |

**EPA's Status Report**

As required by the Court's April 25, 2025, order, EPA submits this status report.[1]

Petitioners seek review of the EPA rule, "New Source Performance Standards for Greenhouse Gas Emissions from New, Modified, and Reconstructed Fossil Fuel-Fired Electric Generating Units; Emission Guidelines for Greenhouse Gas Emissions From Existing Fossil Fuel-Fired Electric Generating Units; and

---

[1] Under the order, which requires 90-day status reports, EPA's report was due on February 23, 2025.  We apologize for the delay.

1

Repeal of the Affordable Clean Energy Rule," 89 Fed. Reg. 39798 (May 9, 2024). Oral argument was held in December 2024.

Last April, EPA moved to hold this case in abeyance while it conducts a rulemaking to reassess the challenged rule. Unopposed Mot. to Hold Case in Abeyance (Apr. 21, 2025). The Court granted that motion. Per Curiam Order (Apr. 25, 2025) (ordering 90-day status reports).

In June 2025 EPA proposed a rule reassessing the challenged rule. *See* "Repeal of Greenhouse Gas Emissions Standards for Fossil Fuel-Fired Electric Generating Units," 90 Fed. Reg. 25752 (June 17, 2025). EPA then held a public hearing on the proposal in July 2025. *Id.* at 25752/1. The public-comment period closed on August 7, 2025. EPA received over 125,000 comments. *See* https://www.regulations.gov/docket/EPA-HQ-OAR-2025-0124.

EPA's rulemaking process is ongoing and the agency continues to analyze and gather information from a variety of sources. EPA initially expected to take final action on the proposed rule in December 2025. *See* EPA's Status Report (July 24, 2025). But given the lapse in appropriations in fall 2025 and the press of other obligations, EPA has had to revise its rulemaking timeline. EPA intends to

send the draft final rule to the Office of Management and Budget early this spring.[2]

The next status report is due on May 28, 2026.

Submitted on February 27, 2026.

_/s/ Sue Chen_

Sue Chen
U.S. Department of Justice
Environment & Natural Resources
Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
Tel: (202) 305-0283
Sue.Chen@usdoj.gov

## Certificate of Service

I certify that on February 27, 2026, I filed this notice using the Court's

CMS/ECF system, which will notify each party.

_/s/ Sue Chen_

Sue Chen

---

[2] _See_ https://www.epa.gov/stationary-sources-air-pollution/greenhouse-gas-standards-and-guidelines-fossil-fuel-fired-power (last visited Feb. 27, 2026).